DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MCTERNAN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 3:18-cv-07036-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record that the time for responding to Plaintiff's Motion Summary Judgment be extended from May 27, 2019 to **July 9, 2019**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant (Counsel) had multiple family tragedies last month, including the death of her two cousins, and uncle and was out of the office attending prayer and funeral services. Counsel also has been out of the office taking care of her elderly mother, who is schedule for two surgeries this month, and also out due to her ongoing health issues. In addition, Counsel also has over 100+ active social security matters, which require two or more dispositive motions per week until the mid-July. Due to heavy caseload and unexpected leave, Counsel fell behind on her work and needs additional time to adequately

review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as she also has been out of the office.

Respectfully submitted,


Respectfully submitted,


Dated: May 16, 2019                /s/  Terry LaPorte
                                   (*as authorized by email on May 16, 2019)
                                   TERRY LaPORTE
                                   Attorney for Plaintiff


Dated: May 16, 2019                DAVID L. ANDERSON
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration


                            By     /s/  Tina L. Naicker
                                   TINA L. NAICKER
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED:


DATED:_May 20, 2019
                                   _____
                                   THE HONORABLE WILLIAM H. ORRICK
                                   UNITED STATES DISTRICT COURT JUDGE