DAVID L. ANDERSON, CSBN 149604
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MCTERNAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>　　　　Defendant. | Case No.: 3:18-cv-07036-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record that the time for responding to Plaintiff's Motion Summary Judgment be extended from August 14, 2019 to **August 23, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been out of the office on intermittent leave following chronic migraines, which impair her vision, including the last two weeks. In addition, Counsel also has over 100+ active social security matters, which require two or more dispositive motions per week until the mid-September, as well as three pending Ninth Circuit matters, which require several levels of review. Due to heavy caseload and unexpected leave, Counsel fell behind on her work and needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate

1 | that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request
2 | in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the
3 | belated request, but made her request as soon as reasonably practicable, as she also has been out
4 | of the office.

Respectfully submitted,

Respectfully submitted,

Dated: August 14, 2019    /s/ *Terry LaPorte*
　　　　　　　　　　　　　(*as authorized by email on August 14, 2019)
　　　　　　　　　　　　　TERRY LaPORTE
　　　　　　　　　　　　　Attorney for Plaintiff

Dated: A4ugust 1, 2019    DAVID L. ANDERSON
　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　By    /s/ *Tina L. Naicker*
　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED:___August 20, 2019_____    _____
　　　　　　　　　　　　　　　　　　THE HONORABLE WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE